242          ALABAMA.

Alabama & Miss. R. R. R. Co. v. Johnsont

Reversed and remanded.

## ALABAMA & MISS. R. R. R. CO. *vs.* JOHNSON.

[ACTION AGAINST COMMON CARRIER.]

1. *Evidence; illegal.*—The admission of a letter as evidence against objection in a suit against a corporation, which contains the mere statement of a third person, and not the declaration of an officer or agent of the corporation, made in the discharge of the duties of his office or agency, is illegal.

APPEAL from the Circuit Court of Dallas.
Tried before Hon. JOHN MOORE.

THIS was an action by the appellee against the appellant, a corporation, to recover damages for the failure of the defendant to deliver certain goods shipped upon defendant's road, and was commenced on the 30th March, 1857. At the spring term, 1867, there was a verdict and judgment for the plaintiff. The only question raised by the bill of exceptions, was the introduction by the plaintiff of the following letter as evidence:

SELMA, Feb. 8th, 1857.

*Dear Sir :* Yours of the 5th instant came to hand this morning ; on examining my receipt book, I found I had received on the 13th ultimo, one barrel of hard wine from Messrs. S. & M., which I shipped immediately for you to the end of the Marion road. I hope you may yet be able to trace up your lost goods, and any assistance I can render you in the matter, will be with pleasure, &c.

Respectfully,        W. SHEAVER.

As the bill of exceptions states, the plaintiff proved, as a predicate for the introduction of said letter, that said letter, as above copied, was in the handwriting of said W. Sheaver, and that said Sheaver was dead, and that said W. Sheaver was, at the date of said letter, the receiving clerk for the defendant at Selma, and then read the letter to the jury, against the objection of the defendant ; to which ruling of the court the defendant excepted. The defendant appealed and assigned as error, the introduction of said letter as evidence.

J. R. JOHN, and PETTUS & DAWSON, for appellant.
JOHN T. MORGAN, contra.

A. J. WALKER, C. J.—The court below erred in over-ruling the objection to the letter of Sheaver. That letter was but the statement of a third person. It was not the declaration of an officer or agent, made in the discharge of the duties of his office or agency. In so far as it relates to this case, it was a statement in reference to a past trans-action.

Reversed and remanded.

BYRD, J., not sitting.